Donald P. Rubenstein (SBN 121034)
Email:   drubenstein@reedsmith.com
Craig N. Baumgartner (SBN 273752)
Email:   cbaumgartner@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
John C. Beery, Jr. and John C. Beery, Jr.
dba JCB Leasing & Finance

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES GARCIA GUILLEN, individually and for all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE FINANCIAL SERVICES; DAVID STONE dba CORNERSTONE FINANCIAL SERVICES; DAVID STONE, an individual; JOHN C. BEERY, JR. dba JCB LEASING & FINANCE; JOHN C. BEERY, JR., an individual; and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 2:15-CV-09699-RGK-FFM<br><br>**[~~PROPOSED~~] ORDER CLARIFYING ORDER RE: DEFENDANTS' MOTIONS TO DISMISS (ECF NO. 36)**<br><br>Compl. Filed:   December 17, 2015<br><br>Honorable R. Gary Klausner |

**[PROPOSED] ORDER**

Upon the request for Defendants John C. Beery, Jr. and John C. Beery, Jr. dba JCB Leasing & Finance (the "Beery Defendants") for an order clarifying the Court's March 2, 2016 Order Re: Defendants' Motions to Dismiss (ECF No. 36), and with good cause shown, this Court hereby orders as follows:

The Court hereby clarifies that its dismissal of Plaintiff Moises Garcia Guillen's claim(s) for violation of the Civil Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. section 1961, et seq. ("RICO")—as set forth in its March 2, 2016 Order [ECF No. 36]—is WITH PREJUDICE.  *See McLean v. United States*, 566 F3d 391, 396 (4th Cir. 2009) ("unless otherwise specified, a dismissal for failure to state a claim under Rule 12(b)(6) is presumed to be both a judgment on the merits and to be rendered with prejudice"); *Martin v. Beck*, No. 2:14-CV-2956 KJM KJN, 2015 WL 502946, at *2 (E.D. Cal. Feb. 5, 2015) (citing *McLean* for rule that "generally, 'a dismissal for failure to state a claim under Rule 12(b)(6) is presumed ... to be rendered with prejudice.'"); *see also Taguinod v. World Sav. Bank, FSB*, 755 F. Supp. 2d 1064, 1068 (C.D. Cal. 2010) (citing *Swaida v. Gentiva Health Servs.*, 238 F.Supp.2d 325, 328 (D.Mass.2002) ("dismissal [is] presumed to be with prejudice unless the order explicitly states otherwise")).

**SO ORDERED:**

DATED: March 7, 2016

_____
Honorable R. Gary Klausner
Central District of California

REED SMITH LLP

A limited liability partnership formed in the State of Delaware